

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00135 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>ANTIONE FRANKLIN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>BRIAN KURTH<br>1717 PARK AVENUE<br>ST LOUIS, MO  63104 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br> ALLIED SERVICES LLC<br>Nature of Suit:<br>CC Pers Injury-Vehicular | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: TIMOTHY HARTUPEE
   **Alias:**

**1744 APPLE HILL DRIVE**
**ST. LOUIS, MO 63010**

*COURT SEAL OF*

**CIRCUIT COURT OF MISSOURI**

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**January 22, 2020**

_____                    _____
         Date                                        Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.
☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with
_____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.
☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).
☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____                    _____
   Printed Name of Sheriff or Server                      Signature of Sheriff or Server
**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____          _____
                                 Date                              Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $___10 00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

## EXHIBIT A



# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00135 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>ANTIONE FRANKLIN<br><div align="right">vs.</div> | Plaintiff's/Petitioner's Attorney/Address<br>BRIAN KURTH<br>1717 PARK AVENUE<br>ST LOUIS, MO  63104 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br> ALLIED SERVICES LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | SAINT LOUIS, MO  63101 | (Date File Stamp) |

## Summons in Civil Case

| The State of Missouri to:  ALLIED SERVICES LLC | |
|---|---|
| Alias:  D/B/A REPUBLIC SERVICES | **ST LOUIS COUNTY** |

THE CORPORATION COMPANY
120 SOUTH CENTRAL AVENUE
CLAYTON, MO  63105

<div align="center">COURT SEAL OF</div>



<div align="center">CITY OF ST LOUIS</div>

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**January 22, 2020**

_____     _____
Date _____ *Thomas Kloeppinger* _____ Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____     _____
Printed Name of Sheriff or Server _____ Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

_____     _____
Date _____ Notary Public

| **Sheriff's Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $____10.00____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

**2022-CC00135**

Electronically Filed - City of St. Louis - January 22, 2020 - 09:03 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| ANTIONE FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.: |
| v. | ) | |
| | ) | Div. No.: |
| ALLIED SERVICES, LLC d/b/a REPUBLIC | ) | |
| SERVICES, | ) | **JURY TRIAL DEMAND** |
| (Serve: | ) | |
| The Corporation Company | ) | |
| 120 South Central Avenue | ) | |
| Clayton, MO 63105) | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TIMOTHY HARTUPEE, | ) | |
| (Serve at: | ) | |
| 1744 Apple Hill Drive | ) | |
| Arnold, MO 63010) | ) | |
| | ) | |
| Defendants. | ) | |

## MEMORANDUM TO THE COURT

COMES NOW Plaintiff and requests that a summons be issued to each of the following

Defendants:

**ALLIED SERVICES, LLC d/b/a REPUBLIC SERVICES – to be served by the St. Louis County Sheriff**

   **SERVE:**    **The Corporation Company**
                 **120 South Central Avenue**
                 **Clayton, MO 63105**

**TIMOTHY HARTUPEE – to be served by the Jefferson County Sheriff**

   **SERVE:**    **1744 Apple Hill Drive**
                 **Arnold, MO 63010**

Electronically Filed - City of St. Louis - January 22, 2020 - 09:03 AM

WHEREFORE, Plaintiff prays that this Court issue a summons to the each of the above named Defendants, and further requests that said summons for each Defendant be returned to Plaintiff's counsel to be forwarded to their respective Sheriff's office.

Meyerkord & Meyerkord, LLC

/s/ Brian D. Kurth
Brian D. Kurth                    #59651
1717 Park Avenue
St. Louis, MO  63104
(314) 300-3000
(314) 222-0525 Fax
bdk@meyerkordlaw.com
Attorney for Plaintiff

**2022-CC00135**

Electronically Filed - City of St. Louis - January 22, 2020 - 09:03 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| ANTIONE FRANKLIN, | ) | |
| | ) | |
|     Plaintiff, | ) | Cause No.: |
| v. | ) | |
| | ) | Div. No.: |
| ALLIED SERVICES, LLC d/b/a REPUBLIC | ) | |
| SERVICES, | ) | **JURY TRIAL DEMAND** |
| (Serve: | ) | |
| The Corporation Company | ) | |
| 120 South Central Avenue | ) | |
| Clayton, MO 63105) | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TIMOTHY HARTUPEE, | ) | |
| (Serve at: | ) | |
| 1744 Apple Hill Drive | ) | |
| Arnold, MO 63010) | ) | |
| | ) | |
|     Defendants. | ) | |

## PETITION

COMES NOW plaintiff Antione Franklin, by and through his attorneys, and for his cause

of action against defendants Allied Services, LLC d/b/a Republic Services and Timothy

Hartupee, states as follows:

## GENERAL ALLEGATIONS

1.    That Plaintiff Antione Franklin is a resident and citizen of the State of Missouri.

2.    That Defendant Allied Services, LLC ("Allied") is and was at all times relevant

hereto a Delaware corporation that is registered and in good standing with the State of Missouri

at the time of the incident that is the subject of this suit.

3.    That at all times relevant hereto Defendant Allied is and was doing business as

1

Electronically Filed - City of St. Louis - January 22, 2020 - 09:03 AM

Republic Services for the purposes of trash collection in Missouri.

4.      That Defendant Timothy Hartupee ("Hartupee") is and was at all times relevant hereto a resident and citizen of the State of Missouri.

5.      That Defendant Hartupee at all times relevant hereto acted as the agent, servant and employee of defendant Allied and acted within the course and scope of his employment with Allied.

6.      That Defendant Allied at all times relevant hereto acted by and through its agents, servants and employees, including defendant Hartupee, who was acting within the course and scope of his employment

7.      That jurisdiction is proper in the State of Missouri because this action arises out of a tort committed in Missouri.

8.      That venue is proper in the Circuit Court of the City of St. Louis, Missouri pursuant to section 508.010 of the Revised Statutes of Missouri (2005).

9.      That on April 11, 2018, plaintiff Antione Franklin was operating a vehicle southbound on South Broadway Avenue in the City of St. Louis, Missouri.

10.     That on April 11, 2018, plaintiff Antione Franklin while operating a vehicle southbound on South Broadway Avenue in the City of St. Louis, Missouri, made a right hand turn into a Conoco gas station located at 4355 South Broadway, City of St. Louis, Missouri.

11.     That on April 11, 2018, defendant Hartupee, while in the course and scope of his employment with defendant Allied, was operating a trash truck owned by defendant Allied with permission of defendant Allied on the Conoco premises located at 4355 South Broadway Avenue, City of St. Louis, Missouri.

12.     That on April 11, 2018 defendant Hartupee operated the trash truck and caused it

2

Electronically Filed - City of St. Louis - January 22, 2020 - 09:03 AM

to back into and collide with Plaintiff's vehicle on the Conoco premises located at 4355 South

Broadway Avenue, City of St. Louis, Missouri.

<u>**COUNT I – Negligence – All Defendants**</u>

13.    That Plaintiff Antione Franklin incorporates by reference the allegations of

paragraphs 1 through 12 as though fully set forth herein.

14.    That the aforesaid collision was directly and proximately caused by the

negligence and carelessness of Defendants in the operation, maintenance, and control of the trash

truck in the following respects, to-wit:

(a)    Defendant Hartupee, acting as the agent, servant, and employee of

defendant Allied, did immediately prior to and at the time of said

occurrence, drive and operate the trash truck at a rate of speed that was

high, excessive, and dangerous under the circumstances and conditions

then and there existing.

(b)    Defendant Hartupee, acting as the agent, servant, and employee of

defendant Allied, failed and omitted to keep and maintain a constant,

careful, and vigilant watch and lookout so as to see and discover the

presence and movement of other vehicles at and near the aforesaid

location.

(c)    Defendant Hartupee, acting as the agent, servant, and employee of

defendant Allied, failed and omitted to stop the trash truck, slacken the

speed thereof, change the course thereof, swerve the same aside, or sound

a warning of his approach and movement, when, in the exercise of the

Electronically Filed - City of St. Louis - January 22, 2020 - 09:03 AM

highest degree of care, he could and should have done so and thus and thereby have avoided the aforesaid occurrence.

(d)    Defendant Hartupee, acting as the agent, servant, and employee of defendant Allied, did at the time and place aforesaid negligently and carelessly cause and permit the trash truck to strike and collide with the vehicle operated by plaintiff Antione Franklin.

15.    That Defendant Allied is vicariously liable for the negligence of defendant Hartupee, referenced in the above paragraphs, in that defendant Allied was acting by and through defendant Timothy Hartupee as its agent, servant or employee at the time that defendant Hartupee engaged in these negligent acts.

16.    That as a direct and proximate result of Defendants' aforesaid negligence, Plaintiff was caused to suffer injuries to his neck, back, left arm and left shoulder.  Plaintiff suffered, and will ever suffer in the future, severe pain and mental anguish as a result thereof; and the use, movement, and function of the aforesaid injured parts have been severely and permanently impaired and diminished.

17.    That as a further direct and proximate result of Defendants' aforesaid negligence, and the resulting injuries sustained by Plaintiff, Plaintiff has been caused to undergo certain reasonable and necessary medical and hospital care and treatment, for which he has been caused to incur or become indebted for an amount as yet to be determined but in excess of $127,000.00, and he will be caused to undergo further such care and treatment in the future and to incur or become indebted for further such large sums therefor.

Electronically Filed - City of St. Louis - January 22, 2020 - 09:03 AM

18.     That as a further direct and proximate result of Defendants' aforesaid negligence, and the resulting injuries sustained by Plaintiff, Plaintiff has been caused to lose wages in an amount in excess of $11,000.

WHEREFORE, Plaintiff prays for judgment against Defendants in such sum as is fair and reasonable but in excess of Twenty-Five Thousand Dollars ($25,000.00) together with his costs herein expended.

MEYERKORD & MEYERKORD

By:     /s/ Brian D. Kurth
        Brian D. Kurth,                #59651
        Attorneys for Plaintiff
        1717 Park Avenue
        St. Louis, Missouri 63104
        (314) 436-9958
        (314) 571-7138 (Facsimile)
BDK/s

Electronically Filed - City of St. Louis - February 04, 2020 - 03:37 PM

SB 2/21

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00135 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>ANTIONE FRANKLIN | Plaintiff's/Petitioner's Attorney/Address<br>BRIAN KURTH<br>1717 PARK AVENUE<br>ST LOUIS, MO 63104 | Special Process Server 2 |
| vs. | 59651 | Special Process Server 3 |
| Defendant/Respondent:<br>ALLIED SERVICES LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to:  ALLIED SERVICES LLC

**Alias: D/B/A REPUBLIC SERVICES**

THE CORPORATION COMPANY
120 SOUTH CENTRAL AVENUE
CLAYTON, MO  63105

*COURT SEAL OF*

*CITY OF ST. LOUIS*

**ST LOUIS COUNTY**

30
CTCOR
VU

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**January 22, 2020**

_____
Date

*Thomas Kloppinger*
_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: **LCW – B. LOVE** (name) **INTAKE SPECIALIST** (title).

☐ other: _____

Served at **THE CORPORATION CO.** (address)

in ~~St. Louis County~~ (County/City of St. Louis), MO, on **FEB 03 2020** (date) at **9 AM** (time).

*Nathan Gentry*
_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date

_____
Notary Public

JAN 2 4 2020

RECEIVED

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary Supplemental Surcharge | $ 10.00 | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

20-SMCC-902

1/30/20

Based on the Supreme Court Rules governing eFiling, an eService email has been issued to the following parties:


SERVICE PARTY:   BRIAN KURTH, Attorney for Plaintiff
SERVICE EMAIL:   bdk@meyerkordlaw.com

Electronically Filed - City of St. Louis - February 04, 2020 - 03:37 PM

Electronically Filed - City of St. Louis - February 18, 2020 - 09:43 AM

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | | |
|---|---|---|
| ANTIONE FRANKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | Cause No.: 2022-CC00135 |
| v. | ) | |
| | ) | Div. No.: 1 |
| ALLIED SERVICES, LLC d/b/a REPUBLIC | ) | |
| SERVICES, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TIMOTHY HARTUPEE, | ) | |
| (Serve at: | ) | |
| 1744 Apple Hill Drive | ) | |
| Arnold, MO 63010) | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE TO TAKE DEPOSITION FOR DISCOVERY PURPOSES

DATE & HOUR:                         Tuesday, March 17, 2020 at 9:00 a.m.

PLACE DEPOSITION TO BE TAKEN:     Meyerkord, Meyerkord & Kurth, LLC
                                  1717 Park Avenue
                                  St. Louis, MO 63104

WITNESS TO BE DEPOSED:            Masood Kureshi
                                  4355 S. Broadway
                                  St. Louis, MO 63111

COURT REPORTER:                   Alaris Litigation

**PLEASE TAKE NOTICE** that, pursuant to Rule 57.03(b)(4), the undersigned will take the deposition of Masood Kureshi, before a notary public, certified videographer and/or other person authorized to take oaths. Such person or persons shall possess the capacity to testify about the below enumerated paragraphs and produce all documents identified below:

1. Any and all surveillance footage from 4355 S. Broadway, St. Louis, MO 63111 taken on April 11, 2018 between the hours of 0600 and 0615.

Electronically Filed - City of St. Louis - February 18, 2020 - 09:43 AM

**You can comply with this request by producing the requested surveillance footage.**

Meyerkord & Meyerkord, LLC

/s/ Brian D. Kurth
Brian D. Kurth          #59651
1717 Park Avenue
St. Louis, Mo  63104
(314) 300-3000
(314) 222-0525 Fax
bdk@meyerkordlaw.com

Electronically Filed - City of St. Louis - February 18, 2020 - 09:43 AM

STATE OF MISSOURI )
CITY OF ST LOUIS ) SS

# MISSOURI CIRCUIT COURT
# TWENTY-SECOND JUDICIAL COURT
## (ST. LOUIS CITY)

### SUBPOENA
**(Order to Appear and/or Produce Document)**

**Antione Franklin**
_____
                    **Plaintiff/Petitioner**
_____

(314 ) 300-0000   **Brian D. Kurth**
_____
**Attorney for Plaintiff/Petitioner**

**vs.**                                       Cause No. **2022-CC00135**

**Allied Serviced, LLC d/b/a Republic Services, et al**     Division No. **1**
                    **Defendant/Respondent**
_____

( )
_____
**Attorney for Defendant/Respondent**

THE STATE OF MISSOURI, TO **Masood Kureshi**

_____GREETING:

        YOU ARE HEREBY COMMANDED. That setting aside all manner of excuse and delay, you be and appear at

**Meyerkord, Meyerkord & Kurth, 1717 Park Avenue, St. Louis, MO 63104**

in the City of St. Louis, on the **17th** day of **March** **2020** at **9** o'clock **A** .M.,
and thereafter from time to time until the case can be disposed of or you are finally discharged.

☐ To testify on behalf of _____

☒ To produce the following: **Any and all surveillance footage from 4355 S. Broadway, St. Louis, MO 63111 taken on April 11, 2018 between the hours of 0600 and 0615.**

☐ _____

                    **Thomas L. Kloeppinger**
                    **CIRCUIT CLERK**

The attorney or party requesting attendance of witness is : _Plaintiff_

☐ The date and hour that your testimony shall be required cannot be stated with certainty. Therefore, you are directed to telephone
_____ at _____, between the hours of 9:00 AM and 5:00 PM on _____ at which
time you will be further instructed concerning your appearance. Such instruction may require that you appear on a subsequent date,
without further personal service.
**FORM 21 (12/99ML)**

Electronically Filed - City of St. Louis - February 18, 2020 - 09:43 AM

## OFFICER'S RETURN

Served a copy hereof, in the City of St. Louis, Missouri, on the _____ day of _____, _____ (by reading same) (by delivering a true copy) to the within names witness.

To summoning the witness                         $_____

To the return of the non est on this subpoena   $_____

To _____ miles traveled serving this subpoena  $_____

TOTAL FEES   $_____

Sheriff of the City of St. Louis

By_____
                        Deputy

## INSTRUCTIONS TO APPLY FOR WITNESS FEE

After the witness has testified of has been dismissed, the witness shall take this copy to the Office of the Circuit Clerk, or to the appropriate Division Clerk, for entry on the books as provided by law. Otherwise, witness fees cannot be taxed.

## WITNESS CLAIM

I hereby certify that I am entitled to _____ days and _____ miles for service as a witness under a subpoena.

_____
Witness signature

Subscribed and sworn before me and entered this _____ day of_____, _____

**Thomas L. Kloeppinger**
Circuit Clerk

Electronically Filed - City of St. Louis - February 24, 2020 - 08:40 AM

**In the**
# CIRCUIT COURT
**City of St. Louis, Missouri**

Antione Franklin
_____
Plaintiff/Petitioner

vs.

Allied Services, LLC d/b/a Republic Services, et al
_____
Defendant/Respondent

2/24/20
_____
Date

2022-CC00135
_____
Case number

1
_____
Division

⌐ For File Stamp Only ¬

∟ ⌋

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Plaintiff _____, pursuant
Requesting Party

to Local Rule 14, requests the appointment by the Circuit Clerk of

Scott Biondo (Scott Biondo Consulting)     404 Jungermann, St. Peters, MO 63376   314-956-1160
Name of Process Server                      Address                                Telephone

_____  _____  _____
Name of Process Server        Address                      Telephone

_____  _____  _____
Name of Process Server        Address                      Telephone

to serve the summons and petition in this cause on the below named parties.

SERVE:
Timothy Hartupee
_____
Name
1744 Apple Hill Drive
_____
Address
Arnold, MO 63010
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

SERVE:
_____
Name
_____
Address
_____
City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER,** Circuit Clerk

By_____
     Deputy Clerk

_____
Date

Brian D. Kurth
_____
Attorney/Plaintiff/Petitioner
59651
_____
Bar No.
1717 Park Avenue, St. Louis, MO 63141
_____
Address
314-300-3000
_____
Phone No.

Electronically Filed - City of St. Louis - February 24, 2020 - 08:40 AM

In the

# CIRCUIT COURT
## City of St. Louis, Missouri

Antione  Franklin
_____
Plaintiff/Petitioner

vs.

Allied Services, LLC d/b/a Republic Services, et al
_____
Defendant/Respondent

2/24/20
_____
Date

2022-CC00135
_____
Case number

1
_____
Division

⌐                                    ¬
                          For File Stamp Only



L                                    ⌐

## REQUEST FOR APPOINTMENT OF PROCESS SERVER

Comes now Plaintiff _____, pursuant
                              Requesting Party
to Local Rule 14, requests the appointment by the Circuit Clerk of
Scott Biondo (Scott Biondo Consulting)        404 Jungermann, St. Peters, MO 63376   314-956-1160
_____  _____  _____
Name of Process Server           Address                  Telephone

DAVID CONDER                                    ''                        ''
_____  _____  _____
Name of Process Server           Address                  Telephone

_____  _____  _____
Name of Process Server           Address                  Telephone
to serve the summons and petition in this cause on the below named parties.

SERVE:                                        SERVE:
Timothy Hartupee
_____               _____
Name                                          Name
1744 Apple Hill Drive
_____               _____
Address                                       Address
Arnold, MO 63010
_____               _____
City/State/Zip                                City/State/Zip

SERVE:                                        SERVE:

_____               _____
Name                                          Name

_____               _____
Address                                       Address

_____               _____
City/State/Zip                                City/State/Zip

Appointed as requested:
**TOM KLOEPPINGER**, Circuit Clerk        Brian D. Kurth
                                          _____
                                          Attorney/Plaintiff/Petitioner
                                          59651
By_____         _____
     Deputy Clerk                         Bar No.
                                          1717 Park Avenue, St. Louis, MO 63141
3-2-20                                     _____
_____           Address
Date                                      314-300-3000
                                          _____
                                          Phone No.

DAVID L. MARSHAK
Sheriff, Jefferson County, MO

JAN 27 2020

**RECEIVED**

# IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | |
|---|---|
| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00135 |
| Plaintiff/Petitioner:<br>ANTIONE FRANKLIN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>BRIAN KURTH<br>1717 PARK AVENUE<br>ST LOUIS, MO 63104 |
| Defendant/Respondent:<br>ALLIED SERVICES LLC | Court Address:<br>CIVIL COURTS BUILDING |
| Nature of Suit:<br>CC Pers Injury-Vehicular | 10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 |

Special Process Server 1

Special Process Server 2

Special Process Server 3

(Date File Stamp)

**ENTERED**
FEB 25 2020
CS

## Summons in Civil Case

The State of Missouri to: TIMOTHY HARTUPEE
Alias:

1744 APPLE HILL DRIVE
~~ST. LOUIS, MO~~ 63010

*COURT SEAL OF*

*CITY OF ST LOUIS*

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**January 22, 2020**

Date

_Thomas Kloeppinger_

Clerk

Further Information:

FILED
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
2020 FEB 24 AM

### Sheriff's or Server's Return

Note to serving officer: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☒ other: NON EST refused to answer door, multiple attempts has camera on home

Served at N/A (address)

in Jefferson (County/City of St. Louis), MO, on 2/12/20 (date) at 1:26 (time).

_____
Printed Name of Sheriff or Server

_[signature]_ 91
Signature of Sheriff or Server

Must be sworn before a notary public if not served by an authorized officer:

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____
Date                                    Notary Public

### Sheriff's Fees, if applicable

| | |
|---|---|
| Summons | $ _____ |
| Non Est | $ 20 |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $ 10.00 |
| Mileage | $ 22 ( _____ miles @ $ _____ per mile) |
| Total | $ 52 |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* Document Id # 20-SMCC-453      1 of 1      Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

**IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI**

| Judge or Division:<br>REX M BURLISON | Case Number: 2022-CC00135 | Special Process Server 1 |
|---|---|---|
| Plaintiff/Petitioner:<br>ANTIONE FRANKLIN | Plaintiff's/Petitioner's Attorney/Address<br>BRIAN KURTH<br>1717 PARK AVENUE<br>ST LOUIS, MO 63104 | Special Process Server 2 |
| vs. | | Special Process Server 3 |
| Defendant/Respondent:<br>ALLIED SERVICES LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO 63101 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File Stamp) |

## Summons in Civil Case

The State of Missouri to: TIMOTHY HARTUPEE

　　　　　　　　　　　　Alias:

1744 APPLE HILL DRIVE
~~ST LOUIS~~, MO 63010

**COURT SEAL OF**



**CITY OF ST LOUIS**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

**January 22, 2020**

_____
Date

_Thomas Kloeppinger_

_____
Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer:** Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: _____ (name) _____ (title).

☐ other: _____

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

_(Seal)_

My commission expires: _____

_____
Date

_____
Notary Public

| Sheriff's Fees, if applicable | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| Total | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

Electronically Filed - City of St. Louis - January 22, 2020 - 09:03 AM

**2022-CC00135**

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

ANTIONE FRANKLIN,                                )
                                                 )
    Plaintiff,                                   )    Cause No.:
                                                 )
v.                                               )
                                                 )    Div. No.:
                                                 )
ALLIED SERVICES, LLC d/b/a REPUBLIC              )
SERVICES,                                        )    **JURY TRIAL DEMAND**
(Serve:                                          )
The Corporation Company                          )
120 South Central Avenue                         )
Clayton, MO 63105)                               )
                                                 )
and                                              )
                                                 )
TIMOTHY HARTUPEE,                                )
(Serve at:                                       )
1744 Apple Hill Drive                            )
Arnold, MO 63010)                                )
                                                 )
    Defendants.                                  )

2020 FEB 24  AM 9: 59
22ND JUDICIAL CIRCUIT
CIRCUIT CLERK'S OFFICE
FILED

## PETITION

COMES NOW plaintiff Antione Franklin, by and through his attorneys, and for his cause

of action against defendants Allied Services, LLC d/b/a Republic Services and Timothy

Hartupee, states as follows:

### GENERAL ALLEGATIONS

1.    That Plaintiff Antione Franklin is a resident and citizen of the State of Missouri.

2.    That Defendant Allied Services, LLC ("Allied") is and was at all times relevant

hereto a Delaware corporation that is registered and in good standing with the State of Missouri

at the time of the incident that is the subject of this suit.

3.    That at all times relevant hereto Defendant Allied is and was doing business as

1

Electronically Filed - City of St. Louis - January 22, 2020 - 09:03 AM

Republic Services for the purposes of trash collection in Missouri.

    4.    That Defendant Timothy Hartupee ("Hartupee") is and was at all times relevant hereto a resident and citizen of the State of Missouri.

    5.    That Defendant Hartupee at all times relevant hereto acted as the agent, servant and employee of defendant Allied and acted within the course and scope of his employment with Allied.

    6.    That Defendant Allied at all times relevant hereto acted by and through its agents, servants and employees, including defendant Hartupee, who was acting within the course and scope of his employment

    7.    That jurisdiction is proper in the State of Missouri because this action arises out of a tort committed in Missouri.

    8.    That venue is proper in the Circuit Court of the City of St. Louis, Missouri pursuant to section 508.010 of the Revised Statutes of Missouri (2005).

    9.    That on April 11, 2018, plaintiff Antione Franklin was operating a vehicle southbound on South Broadway Avenue in the City of St. Louis, Missouri.

    10.    That on April 11, 2018, plaintiff Antione Franklin while operating a vehicle southbound on South Broadway Avenue in the City of St. Louis, Missouri, made a right hand turn into a Conoco gas station located at 4355 South Broadway, City of St. Louis, Missouri.

    11.    That on April 11, 2018, defendant Hartupee, while in the course and scope of his employment with defendant Allied, was operating a trash truck owned by defendant Allied with permission of defendant Allied on the Conoco premises located at 4355 South Broadway Avenue, City of St. Louis, Missouri.

    12.    That on April 11, 2018 defendant Hartupee operated the trash truck and caused it

Electronically Filed - City of St. Louis - January 22, 2020 - 09:03 AM

to back into and collide with Plaintiff's vehicle on the Conoco premises located at 4355 South Broadway Avenue, City of St. Louis, Missouri.

### COUNT I – Negligence – All Defendants

13.     That Plaintiff Antione Franklin incorporates by reference the allegations of paragraphs 1 through 12 as though fully set forth herein.

14.     That the aforesaid collision was directly and proximately caused by the negligence and carelessness of Defendants in the operation, maintenance, and control of the trash truck in the following respects, to-wit:

> (a)     Defendant Hartupee, acting as the agent, servant, and employee of defendant Allied, did immediately prior to and at the time of said occurrence, drive and operate the trash truck at a rate of speed that was high, excessive, and dangerous under the circumstances and conditions then and there existing.

> (b)     Defendant Hartupee, acting as the agent, servant, and employee of defendant Allied, failed and omitted to keep and maintain a constant, careful, and vigilant watch and lookout so as to see and discover the presence and movement of other vehicles at and near the aforesaid location.

> (c)     Defendant Hartupee, acting as the agent, servant, and employee of defendant Allied, failed and omitted to stop the trash truck, slacken the speed thereof, change the course thereof, swerve the same aside, or sound a warning of his approach and movement, when, in the exercise of the

3

Electronically Filed - City of St. Louis - January 22, 2020 - 09:03 AM

highest degree of care, he could and should have done so and thus and thereby have avoided the aforesaid occurrence.

(d)     Defendant Hartupee, acting as the agent, servant, and employee of defendant Allied, did at the time and place aforesaid negligently and carelessly cause and permit the trash truck to strike and collide with the vehicle operated by plaintiff Antione Franklin.

15.     That Defendant Allied is vicariously liable for the negligence of defendant Hartupee, referenced in the above paragraphs, in that defendant Allied was acting by and through defendant Timothy Hartupee as its agent, servant or employee at the time that defendant Hartupee engaged in these negligent acts.

16.     That as a direct and proximate result of Defendants' aforesaid negligence, Plaintiff was caused to suffer injuries to his neck, back, left arm and left shoulder. Plaintiff suffered, and will ever suffer in the future, severe pain and mental anguish as a result thereof; and the use, movement, and function of the aforesaid injured parts have been severely and permanently impaired and diminished.

17.     That as a further direct and proximate result of Defendants' aforesaid negligence, and the resulting injuries sustained by Plaintiff, Plaintiff has been caused to undergo certain reasonable and necessary medical and hospital care and treatment, for which he has been caused to incur or become indebted for an amount as yet to be determined but in excess of $127,000.00, and he will be caused to undergo further such care and treatment in the future and to incur or become indebted for further such large sums therefor.

4

Electronically Filed - City of St. Louis - January 22, 2020 - 09:03 AM

18.    That as a further direct and proximate result of Defendants' aforesaid negligence, and the resulting injuries sustained by Plaintiff, Plaintiff has been caused to lose wages in an amount in excess of $11,000.

WHEREFORE, Plaintiff prays for judgment against Defendants in such sum as is fair and reasonable but in excess of Twenty-Five Thousand Dollars ($25,000.00) together with his costs herein expended.

MEYERKORD & MEYERKORD

By:    /s/ Brian D. Kurth
        Brian D. Kurth,      #59651
        Attorneys for Plaintiff
        1717 Park Avenue
        St. Louis, Missouri 63104
        (314) 436-9958
        (314) 571-7138 (Facsimile)

BDK/s

**SPECIAL PROCESS SERVER**

## IN THE 22ND JUDICIAL CIRCUIT, CITY OF ST LOUIS, MISSOURI

| | | |
|---|---|---|
| Judge or Division:<br>REX M BURLISON | **Case Number:  2022-CC00135** | Special Process Server 1<br>D CONDER |
| Plaintiff/Petitioner:<br>ANTIONE FRANKLIN<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>BRIAN KURTH<br>1717 PARK AVENUE<br>ST LOUIS, MO  63104 | Special Process Server 2<br><br>Special Process Server 3 |
| Defendant/Respondent:<br> ALLIED SERVICES LLC | Court Address:<br>CIVIL COURTS BUILDING<br>10 N TUCKER BLVD<br>SAINT LOUIS, MO  63101 | |
| Nature of Suit:<br>CC Pers Injury-Vehicular | | (Date File Stamp) |

### Alias Summons in Civil Case

The State of Missouri to: TIMOTHY HARTUPEE
                          Alias:

**1744 APPLE HILL DRIVE**
**ARNOLD, MO  63010**

*COURT SEAL OF*

*CITY OF ST LOUIS*

**You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.**

**March 2, 2020**

_____        _____
          Date                              Clerk

Further Information:

### Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☐ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to:
_____ (name) _____ (title).

☐ other: _____.

Served at _____ (address)

in _____ (County/City of St. Louis), MO, on _____ (date) at _____ (time).

_____        _____
     Printed Name of Sheriff or Server                    Signature of Sheriff or Server
            **Must be sworn before a notary public if not served by an authorized officer:**

                          Subscribed and sworn to before me on _____ (date).

*(Seal)*

                          My commission expires: _____        _____
                                                        Date                            Notary Public

| **Sheriff's Fees, if applicable** | | |
|---|---|---|
| Summons | $_____ | |
| Non Est | $_____ | |
| Sheriff's Deputy Salary<br>Supplemental Surcharge | $_____10.00_____ | |
| Mileage | $_____ | (_____ miles @ $._____ per mile) |
| **Total** | $_____ | |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.